IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANNY LAYNE WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0940 |
| | ) | Judge Trauger |
| TENNESSEE DEPARTMENT OF | ) | Magistrate Judge Knowles |
| CORRECTION, RICKY BELL, Warden, | ) | |
| ROLAND COLSON, L. MIKE CRUTCHER, | ) | |
| Deputy Warden, and J. RUSSELL, Assistant | ) | |
| Food Service Manager, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On February 16, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that all claims against defendants Bell, Crutcher, Colson and the Tennessee Department of Correction be dismissed. (Docket No. 7) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion to Dismiss filed by defendants Bell, Crutcher and Colson (Docket No. 17) is **GRANTED**, and all claims against these defendants are **DISMISSED**. In addition, for the reasons expressed therein, it is further **ORDERED** that all claims against defendant Tennessee Department of Correction are **DISMISSED**.

It is so **ORDERED.**

Enter this 29th day of March 2007.

_____
ALETA A. TRAUGER
U.S. District Judge