IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANNY LAYNE WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0940 |
| | ) | Judge Trauger |
| TENNESSEE DEPARTMENT OF | ) | Magistrate Judge Knowles |
| CORRECTIONS, RICKY BELL, Warden, | ) | |
| ROLAND COLSON, L. MIKE CRUTCHER, | ) | |
| Deputy Warden, and J. RUSSELL, Assistant | ) | |
| Food Service Manager, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 14, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that all claims in this action against defendant J. Russell be dismissed. (Docket No. 34) No timely objections have been filed. The Report and Recommendation (Docket No. 34) is therefore **ACCEPTED** and made the finding of facts and conclusions of law of this court. For the reasons expressed therein, it hereby **ORDERED** that the claims against defendant J. Russell are **DISMISSED**.

Because the claims against all defendants have now been dismissed, the Clerk shall **CLOSE** this file.

It is so **ORDERED.**

Enter this 10th day of July 2007.

_____
ALETA A. TRAUGER
U.S. District Judge